**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00045-CV**
_____

**LEVI ADAMS AND SHARON ADAMS, Appellants**

**V.**

**DANIEL K. ZIMMERMAN, SHEREE M. ZIMMERMAN, AND FOXMAX, LLC, Appellees**

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-200,778

**MEMORANDUM OPINION**

Appellants Levi Adams and Sharon Adams filed a motion to dismiss this appeal. This motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____

STEVE McKEITHEN
Chief Justice

Submitted on March 27, 2019
Opinion Delivered March 28, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.